1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KATIE BURROUGHS MEDEARIS (CABN 262539)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724
      katie.medearis@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,        )   CASE NO. 4-15-71061 MAG
14                                               )
           Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER TO
15                                                )   CONTINUE HEARING AND EXCLUDE TIME
     v.                                            )   UNDER SPEEDY TRIAL ACT AND RULE 5.1
16                                                )   FROM SEPTEMBER 29, 2015 TO OCTOBER 23,
   JESUS CORTES,                           )   2015, 2015 FOR DEFENDANTS CORTES and
17       a/k/a TRIGGER, and          )   CHAVEZ-NAVARRETE
   JOSE LUIS CHAVEZ-NAVARRETE,     )
18       a/k/a CHAMUCO,                 )
                                                  )
19        Defendants.                )
                                                  )
20  _____ )

21

22                                           **STIPULATION**

23       Defendants Jesus CORTES and Jose Luis CHAVEZ-NAVARRETE (hereafter referred to

24 collectively as the "Defendants") were charged by complaint in the above-referenced matter with

25 conspiracy to distribute and to possess with the intent to distribute controlled substances.  On August 20,

26 2015, Defendants made their initial appearances on the aforementioned charge.  In an effort to

27 potentially negotiate a pre-indictment disposition in this matter, the Government provided advance

28 copies of discovery in this matter, subject to a protect order issued by the Court on September 10, 2015.

STIP. AND [PROPOSED] ORDER RESCHEDULING PRELIMINARY HRG. AND EXCLUDING TIME
15-MJ-71061-MAG

1  The discovery production was substantial and consisted of 28 discs containing law enforcement reports,
2  audio recordings, and audio-video recordings.  The parties hereby request additional time before the
3  preliminary hearing to allow defense counsel the opportunity to review the discovery and confer with
4  their in-custody clients and the Government regarding a potential disposition of the case.

5     The preliminary hearing in this matter is presently scheduled on September 29, 2015 and the
6  parties hereby request that it be continued to October 23, 2015.  The parties make this request time to
7  allow for reasonable time for the effective preparation of counsel.  For all of the reasons stated, the
8  parties believe that good cause exists to exclude and waive time under Federal Rule of Criminal
9  Procedure 5.1(c) and (d) from September 29, 2015 through October 23, 2015 taking into account the
10 public interest in the prompt disposition of a criminal case and Defendants' consent, and to exclude time
11 under the Speedy Trial Act.  18 U.S.C. § 3161.

12     IT IS SO STIPULATED.

14 DATED:  September 25, 2015                    Respectfully submitted,
                                                BRIAN J. STRETCH
15                                              Acting United States Attorney

17                                                   /s/
                                                KATIE BURROUGHS MEDEARIS
18                                              Assistant United States Attorney

20                                                   /s/
                                                PETER L. ARIAN
21                                              Counsel for Jesus Cortes

24                                                   /s/
                                                JEROME MATTHEWS
                                                Counsel for Jose Luis Chavez-Navarrete

STIP. AND [PROPOSED] ORDER RESCHEDULING PRELIMINARY HRG. AND EXCLUDING TIME
15-MJ-71061-MAG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**~~[PROPOSED]~~ ORDER**

For the reasons stated by the parties, the Court finds that the aforementioned request is supported by good cause and made with the consent of Defendants. Fed. R. Crim. Proc. 5.1(c) and (d). The Court therefore finds that an exclusion of time between September 29, 2015 and October 23, 2015 is merited under Federal Rules of Criminal Procedure Rule 5.1(c) and (d) and the Speedy Trial Act under 18 U.S.C. § 3161 and moves the date of the preliminary hearing to October 23, 2015.

IT IS SO ORDERED.

DATED: September 28, 2015

_____
HONORABLE KANDIS WESTMORE
United States Magistrate Judge